**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court has before it appellant's motion to supplement the record to include the suppression hearing conducted in the case. We note that although the *Anders* brief filed by counsel cites to a two-volume supplemental record from the March 12 and 14, 2012 suppression hearing proceedings, that record has not been filed with this Court. Accordingly, we **GRANT** appellant's motion to supplement the record.

We **ORDER** Sandra Hughes, official court reporter of the 195th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, the two-volume supplemental record from the March 12 and 14, 2012 suppression hearing proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Hughes, official court reporter, 195th Judicial District Court, and to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Alexander, No. 12060058, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE